# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIAM HUGHLEY,

    Plaintiff,

v.                                   CASE NO: 8:11-cv-1185-T-26MAP

WATSON LABORATORIES, INC.,

    Defendant.
_____/

## O R D E R

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.02(e). After doing so, the Court concludes that this case is due to be transferred to the Fort Myers Division for all future proceedings.

Plaintiff is a resident of Hendry County, Florida, which is located within the Fort Myers Division. See Local Rule 1.02(b)(5). Consequently, because that county has the greatest nexus with Plaintiff's causes of action against Defendant, Plaintiff should have instituted this action in the Fort Myers Division. See Local Rule 1.02(c).

Accordingly, the Clerk is directed to transfer this case to the Fort Myers Division and to close this case following transfer.

**DONE AND ORDERED** at Tampa, Florida, on June 1, 2011.

                                       s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record