IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

**CASE NO.** 2:11-cv-323

**WILLIAM HUGHLEY,**

    **Plaintiff,**
    v.

**WATSON LABORATORIES, INC.,**

    **Defendant.**

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

    **PLEASE TAKE NOTICE** that Plaintiff WILLIAM HUGHLEY ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants WATSON LABORATORIES, INC.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1)** *By the Plaintiff.*

        (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

        \*        \*        \*

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: August 11, 2011

         Aylstock, Witkin, Kreis & Overholtz,

By:    */s/ Douglass A. Kreis*_____
      Douglass A. Kreis
      17 E. Main St., Ste. 200
      Pensacola, FL 32502

      Attorneys for Plaintiff WILLIAM HUGHLEY

## CERTIFICATE OF SERVICE

I, Douglass A. Kreis, an attorney, certify that on August 11, 2011, I served the above and forgoing, ***Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(A)(1),*** by causing true and accurate copies of such paper to be filed and transmitted via the Court's CM/ECF electronic filing system, on this the 11th day of August, 2011.

/s/ Douglass A. Kreis
Douglass A. Kreis
